**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00798-CV

**SUZLON ENERGY LIMITED, Appellant**

**V.**

**TRINITY STRUCTURAL TOWERS, INC., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00094**

## ORDER

Before the Court is appellant's July 23, 2013 opposed motion and amended motion to stay its briefing deadline. The trial court signed findings of fact and conclusions of law on July 10, 2013. Appellant filed a motion for amended findings of fact and conclusions of law on July 19, 2013. Appellant's brief in this accelerated appeal is currently due on August 14, 2013. Appellant asks the Court to extend the deadline to file its brief to September 30, 2013 because of the "still-pending findings and conclusions practice." We **GRANT** appellant's motion as amended **TO THE EXTENT** that appellant shall file its brief on or before **September 3, 2013**.

We caution appellant that no further extension will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE